CGFD45 (08/01/2023)



**ORDERED in the Southern District of Florida on June 14, 2024**

*Corali Lopez–Castro*
**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 24–15317–CLC**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Grace Denise Solis
aka Grace D Solis, aka Grace Solis

730 86th Street
Miami Beach, FL 33141

SSN: xxx–xx–7180

## ORDER DISMISSING CASE ON
## NOTICE OF VOLUNTARY DISMISSAL

    This matter is before the court on the Debtor's Notice of Voluntary Dismissal. The court having reviewed this matter and having determined that dismissal is authorized without a hearing; it is

**ORDERED** that:

1. This case is dismissed.

*Page 1 of 2*

2. The debtor is prohibited from filing a petition under any chapter of the Bankruptcy Code for a period of 180 days if the notice of voluntary dismissal was filed following a request for relief from the automatic stay as provided by section 362 of the Bankruptcy Code. [see 11 U.S.C. 109(g)(2)].

3. All pending motions are denied as moot.

4. The trustee shall file a final report prior to the administrative closing of the case.

5. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

6. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

7. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 2 of 2*